# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH GEMAEHLICH, an individual; and BETTY GEMAEHLICH, an individual;<br><br>     Plaintiffs,<br>  v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>     Defendants. | CASE NO.  3:22-cv-07518-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Hearing Date: January 20, 2023<br>Time:          10:00 a.m.<br>Place:         Courtroom 6<br>Judge:        Hon. Charles R. Breyer<br><br>Initially Filed:       October 20, 2022<br>Case Removed:     November 30, 2022<br>Trial Date:           None Set |

Plaintiffs Keith and Betty Gemaehlich's Motion to Remand for Lack of Subject Matter was heard by the Honorable Charles R. Breyer, United States District Judge, on January 20, 2023, at 10:00 a.m. Having considered the moving and opposing papers, the argument of counsel, IT IS HEREBY ORDERED:

1. Defendant John Crane Inc. is hereby dismissed with prejudice, with Plaintiffs and Defendant John Crane Inc. to bear own costs; and

2. Plaintiffs' Motion to Remand is GRANTED, and this action is hereby remanded to the Alameda Superior Court.

IT IS SO ORDERED.

Dated:

_____
HON. CHARLES R. BREYER
United States District Judge